# EXHIBIT 1

MAR 10 2025 PM 2:09
FILED - USDC - FLMD - TPA





