UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STONE W. TREADWELL,

    Plaintiff,

v.                                                  Case No. 8:25-cv-448-KKM-NHA

ALLY BANK and FIRST CHOICE
TOWING, RECOVERY AND TRANSPORT, LLC,

    Defendants.
_____

## ORDER

The United States Magistrate Judge recommends denying without prejudice Stone Treadwell's motion to proceed in forma pauperis; dismissing with prejudice Counts 1 through 15 against Ally Bank; dismissing with prejudice Counts 1 through 5 against First Choice Towing, Recovery, and Transport; dismissing without prejudice Counts 6 through 15 against First Choice; and providing leave to file a second amended complaint and a new motion to proceed in forma pauperis or to pay the filing fee. R&R (Doc. 6). The deadline to object to the Magistrate Judge's Report and Recommendation has passed without any party lodging an objection. I adopt the Report and Recommendation.

1

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify a magistrate judge's Report and Recommendation. 28 U.S.C. § 636(b)(1). If a party files a timely and specific objection to a finding of fact by a magistrate judge, the district court must conduct a de novo review with respect to that factual issue. *Stokes v. Singletary*, 952 F.2d 1567, 1576 (11th Cir. 1992). The district court reviews legal conclusions de novo, even in the absence of an objection. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019).

In the absence of any objection and after reviewing the factual allegations and legal conclusions, I adopt the Report and Recommendation.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 6) is **ADOPTED** and made a part of this Order for all purposes.

2. The Motion to Proceed In Forma Pauperis (Doc. 2) is **DENIED without prejudice.**

3. Counts 1 through 15 against Ally Bank are **DISMISSED with prejudice.**

4. Counts 1 through 5 against First Choice Towing, Recovery, and Transport are **DISMISSED with prejudice**.

5. Counts 6 through 15 against First Choice Towing, Recovery, and Transport are **DISMISSED without prejudice**.

6. No later than **August 20, 2025**, Treadwell may file a second amended complaint. Treadwell must also, no later than **August 20, 2025**, pay the filing fee or move to proceed in forma pauperis. The failure to comply with this order will result in dismissal of the action.

**ORDERED** in Tampa, Florida, on July 21, 2025.

Kathryn Kimball Mizelle
United States District Judge