UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STONE W. TREADWELL,

    Plaintiff,

v.                                   Case No. 8:25-cv-448-KKM-NHA

FIRST CHOICE TOWING,
RECOVERY AND TRANSPORT, LLC.

    Defendant.
_____/

## **ORDER**

    This matter comes before the Court upon Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs, construed as a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 (Doc. 9). Construing Plaintiff's Second Amended Complaint (Doc. 11) liberally in light of his *pro se* status, *see Estelle v. Gamble*, 429 U.S. 97, 106 (1976), I **ORDER**:

    1.    Plaintiff's motion to proceed *in forma pauperis* (Doc. 9) is **GRANTED** to the extent Plaintiff is allowed to proceed on his claims against First Choice Towing, Recovery and Transport, LLC.

    2.    Plaintiff is **DIRECTED** to complete and return "Summons in a Civil Action" AO 440 form and "Process Receipt and Return" USM-285 form[1]

---

[1] These forms are available for download on this Court's website at https://www.uscourts.gov/forms/notice-lawsuit-summons-subpoena/summons-

to the Clerk, whereupon the United States Marshal is **DIRECTED** to serve the summons on Defendant First Choice Towing, Recovery and Transport, LLC.[2]

3.  The District Court has already dismissed with prejudice the claims against Ally Bank, meaning Plaintiff was not allowed to file those again. Doc. 7. Therefore, I direct the Clerk to **TERMINATE** Ally Bank as a Defendant in this action, and **ORDER** that Plaintiff not seek—and the United States Marshal not serve—a summons against Ally Bank.

**ORDERED** on August 8, 2025.

_____
NATALIE HIRT ADAMS
United States Magistrate Judge

---

civil-action and https://www.usmarshals.gov/resources/forms/usm-285-us-marshals-process-receipt-and-return.

[2] Plaintiff is advised that even *pro se* plaintiffs must conform with procedural rules, including the Federal Rules of Civil Procedure and the Local Rules of the Middle District of Florida. Litigation—particularly in federal court—is difficult, and Plaintiff should consider seeking counsel. If he is unable to afford counsel, he should consider the resources available to *pro se* litigants, including the Legal Information Program operated by the Tampa Bay Chapter of the Federal Bar Association, and the Middle District of Florida's guide to assist *pro se* litigants proceeding in federal court, which is located on the Court's website at https://www.flmd.uscourts.gov/litigants-without-lawyers.

2